**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7905**

_____

JAMES A. BUTLER,

            Plaintiff - Appellant,

      v.

SHEARIN, Warden; A W BOGDAN; BRADFORD; MECCA; BOYCE; NURSE
SMITH; ELAYAN; FORSTER, PA; L. LONG; SOE HART; COX; COSGROVE;
W M PUGH; OFFICER DUVALL; MCGORTY, FS Admin; NAVELANCY, A-2
Counselor; LAMBERT; SIGNES; MR. SERVOSS, Assistant Food
Services Manager; WHITTINGTON, A-1 Unit Secretary; CORRECTIONS
OFFICER SMITH; R. COSGROVE; W. COX; MARBARUK, Clinical
Director; S. DEWALT, Warden, sued in their individual and
official capacity; DAVID EZEKIAL, A-1 Unit Manager; JONES, A-1
Unit Officer,

            Defendants - Appellees,

      and

H. SERVICES ADMINISTRATION; NURSE WILLIAMS; CLINICAL DIRECTOR;
S. CRUMP; MOST; JANE DOE; JOHN DOE, Jr.; T. HART; SOE; ELAWAN;
J. BANEY,

            Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William N. Nickerson, Senior District
Judge.  (1:04-cv-02496-WMN)

_____

Submitted: May 22, 2008              Decided:  May 27, 2008

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James A. Butler, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Ariana Wright Arnold, Neil Ray White, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Jennifer Wright Schick, Assistant United States Attorney, Ellicott City, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Butler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Butler v. Shearin, No. 1:04-cv-02496-WMN (D. Md. Aug. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED